IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MOSES O. HORNE,

Defendant.

**4:16CR3134**

**ORDER**

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 71), is granted

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

   a. Defendant shall be released to reside at Open Door Mission, Omaha, Nebraska. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

   b. The defendant shall be placed on a Remote Alcohol Monitoring handheld device for a period of up to 90 days. Remote Alcohol Monitoring handheld device shall commence according to a schedule arranged by the U.S. Probation and Pretrial Services Office. While in the program, the defendant will carry a portable breath testing device and provide breath tests when prompted, via text, by the device. The participant agrees to keep the equipment fully charged. The participant shall also be responsible for the costs of the testing program.

3) Defendant shall arrive at Open Door Mission, Omaha, Nebraska by 10:30 a.m. on July 30, 2026. The Marshal shall release Defendant on July 30, 2026 at 9:30 a.m..

Dated this 28th day of July, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge